Robert WOOD, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 58187.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 13, 1990.

Jeffrey Robertson, Troy, Melinda K. Pendergraph, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

 

ORDER

PER CURIAM.

Defendant appeals the dismissal of his Rule 27.26 motion for post-conviction relief without an evidentiary hearing.

No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).